UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PlayCore Wisconsin, Inc., | Civil File No. 09 CV 323 (PAM/RLE) |
| Plaintiff, | |
| v. | |
| Todd Lehman and Cre8Play, LLC, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice, with each party bearing their own fees and costs.

**IT IS SO ORDERD**

Dated: February   12  , 2010          s/Paul A. Magnuson
                                      Paul A. Magnuson
                                      United States District Judge